Donald R. Williams, Jr., State Bar No. 303126
**REED WILLIAMS**
A PROFESSIONAL LAW CORPORATION
9343 Tech Center Drive, Suite 165
Sacramento, California 95826
Telephone: 916.281.9337
Email: donald@reedwilliamslaw.com

Attorney for Plaintiff
JAVANCE HENDERSON

John H. Adams, Jr., Bar No. 253341
**LITTLER MENDELSON, P.C.**
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828
jhadams@littler.com
chhall@littler.com

Attorney for Defendants
XPO, Inc.; XPO Logistics Freight, Inc.;
RXO, Inc.; RXO Last Mile, Inc.

REED WILLIAMS
A PROFESSIONAL LAW CORPORATION
9343 TECH CENTER DRIVE, SUITE 165
SACRAMENTO, CALIFORNIA 95826

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAVANCE HENDERSON,** | Case No.: 2:23-CV-01560-WBS-CKD |
| Plaintiff, | |
| v. | **AMENDED STIPULATION AND ORDER TO CONTINUE THE TRIAL DATE AND MODIFY THE SCHEDULING ORDER** |
| **XPO, INC.; XPO LOGISTICS FREIGHT, INC.; RXO, INC.; RXO LAST MILE, INC.;** and **DOES 1 through 100,** inclusive, | *Assigned to Honorable William B. Shubb for All Purposes; Courtroom 5* |
| Defendants. | |

*IT IS HEREBY STIPULATED AND AGREED UPON* that all parties, by and between their respective counsel of record, agree good cause exists to continue the currently scheduled Trial and Final Pre

**Amended Stipulation and Order to Continue the Trial Date and Modify the Scheduling Order**
*Javance Henderson v. XPO, Inc., et al.*                Donald R. Williams, Jr., Esq.
Case No.: 2:23-cv-01560-WBS-CKD

Trial Conference, and modify the Scheduling Order (ECF No. 13). The parties submit this Stipulation in accordance with F.R.C.P. Rule 16(b)(4), Local Rules 143(a) and (b), and Honorable Schubb's Standing Orders.

Trial is currently scheduled for January 21, 2026, for five (5) to 15 days, and the Final Pre Trial Conference is currently scheduled for November 17, 2025.

The parties have met and conferred regarding this continuance and no party feels the requested continuance is being made for the purposes of unduly delaying litigation in this matter.

**A.  Statement of Procedural Background and Discovery Completed:**

1.  Plaintiff filed his Complaint on March 30, 2023, in Sacramento County Superior Court;

2.  Plaintiff filed his First Amended Complaint on May 5, 2023;

3.  Defendant XPO, Inc., was served on June 1, 2023;

4.  Defendant XPO Logistics Freight, Inc., was served on June 6, 2023;

5.  Defendants RXO, Inc., and RXO Last Mile, Inc., executed a Notice of Acknowledgement and Receipt on June 15, 2023;

6.  On July 28, 2023, Defendants filed a Notice of Removal (ECF No. 1);

7.  On August 1, 2023, Defendants filed their Notice to State Court of Removal of Civil Action to Federal Court;

8.  On August 4, 2023, Defendants filed their Answer to Plaintiff's Complaint (ECF No. 7);

9.  On December 4, 2023, the parties filed their Joint Status Report (ECF No. 12);

REED WILLIAMS
A PROFESSIONAL LAW CORPORATION
9343 TECH CENTER DRIVE, SUITE 165
SACRAMENTO, CALIFORNIA 95826

**Amended Stipulation and  Order to Continue the Trial Date
and Modify the Scheduling Order**
*Javance Henderson v. XPO, Inc., et al.*        Donald R. Williams, Jr., Esq.
Case No.: 2:23-cv-01560-WBS-CKD

///

 10. On December 15, 2023, the Court issued its Pretrial Scheduling Order (ECF No. 13);

 11. On January 22, 2024, the parties exchanged their Initial Disclosures; and

 12. On February 5, 2025, Plaintiff served his first set of Interrogatories and Requests for Production of Documents on Defendants.

**B. Statement of Discovery that Remains to be Completed.**

 1. Defendants' response to Plaintiff's discovery;

 2. Defendants written discovery to Plaintiff;

 3. Depositions of all parties;

 4. Subpoena of records of any relevant providers to be identified in Plaintiff's response to any written discovery;

 5. Depositions of any treating physicians or percipient witnesses, if deemed necessary;

 6. Supplemental written discovery, if deemed necessary;

 7. Initial and rebuttal expert disclosures; and

 8. Expert depositions.

**C. Reasons Why a Modification to the Scheduling Order Should be Granted.**

Fact discovery still needs to be completed by all parties and cannot be completed under the current expert deadline delineated in the Scheduling Order. Additionally, fact discovery needs to be completed prior to the parties determining which experts need to be retained.

///

REED WILLIAMS
A PROFESSIONAL LAW CORPORATION
9343 TECH CENTER DRIVE, SUITE 165
SACRAMENTO, CALIFORNIA 95826

**Amended Stipulation and Order to Continue the Trial Date and Modify the Scheduling Order**

*Javance Henderson v. XPO, Inc., et al.* Donald R. Williams, Jr., Esq.
Case No.: 2:23-cv-01560-WBS-CKD

REED WILLIAMS
A PROFESSIONAL LAW CORPORATION
9343 TECH CENTER DRIVE, SUITE 165
SACRAMENTO, CALIFORNIA 95826

///

Further, after fact discovery is completed, the parties will then be afforded more time to explore potential resolution options, including, but not limited to, mediation.

A continuation of the Trial date and a modification to the Scheduling Order is not unduly prejudicial as to either party.

**D.** **Parties Proposed Modification to the Scheduling Order and Proposed New Trial Date.** (The below is identified in the same order and subdivisions as denoted on the Scheduling Order).

IV.   Discovery.

The parties request the date to disclose experts and produce reports be modified from May 27, 2025, to **February 17, 2026.** With regard to expert testimony intended solely for rebuttal, the parties request the date to disclosure experts and produce reports be modified from June 23, 2025, to **March 16, 2026.**

The parties request the date to complete all discovery, including depositions and motions to compel discovery, be modified from July 21, 2025, to **April 13, 2026.**

V.   Motion Hearing Schedule.

The parties request the date to file all Motions, except motions for continuance, temporary restraining orders, or other emergency applications, be modified from September 15, 2025, to **June 8, 2026.**

VI.   Final Pretrial Conference.

The parties request the Final Pretrial Conference be continued from November 17, 2025, at 1:30 p.m., to **August**

4

**Amended Stipulation and  Order to Continue the Trial Date and Modify the Scheduling Order**
*Javance Henderson v. XPO, Inc., et al.*          Donald R. Williams, Jr., Esq.
Case No.: 2:23-cv-01560-WBS-CKD

**24, 2026,** at 1:30 p.m.

VII. <u>Trial Setting</u>.

The parties request the Trial be continued from January 21, 2026, at 9:00 a.m., to **October 27, 2026,** at 9:00 a.m.

The parties submit the following table in an effort to easily identified the new dates being requested:

| Name | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosures | May 27, 2025 | February 17, 2026 |
| Rebuttal Expert Disclosures | June 23, 2025 | March 16, 2026 |
| Close of All Discovery | July 21, 2025 | April 13, 2026 |
| Last Day to Hear Motions to Compel re. Discovery | July 21, 2025 | April 13, 2026 |
| All Other Motions' Filing Deadline | September 15, 2025 | June 8, 2026 |
| Plaintiff's Deadline to File Pretrial Conference Statement | November 3, 2025 | August 10, 2026 |
| Defendant's Deadline to File Pretrial Conference Statement | November 10, 2025 | August 17, 2026 |
| Final Pretrial Conference | November 17, 2025 | August 24, 2026 |
| Trial | January 21, 2026 | October 27, 2026 |

**E. Declaration of Conferring with Court's Calendar.**

Pursuant to Honorable Schubb's current Standing Orders, the parties hereby state they have confirmed all proposed dates with the courtroom deputy.

**REED WILLIAMS, APLC**
Date: March 20, 2025

By: */s/ Donald R. Williams, Jr.*
Donald R. Williams, Jr., Esq.
Attorney for Plaintiff
Javance Henderson

**LITTLER MENDELSON, P.C.**
Date: March 20, 2025

By: */s/ John H. Adams*
John H. Adams, Esq.
Attorney for Defendants
RXO Last Mile, Inc.; RXO, Inc.; XPO, Inc.; XPO Freight Logistics, Inc.

REED WILLIAMS
A PROFESSIONAL LAW CORPORATION
9343 TECH CENTER DRIVE, SUITE 165
SACRAMENTO, CALIFORNIA 95826

5

**Amended Stipulation and Order to Continue the Trial Date and Modify the Scheduling Order**
*Javance Henderson v. XPO, Inc., et al.*    Donald R. Williams, Jr., Esq.
Case No.: 2:23-cv-01560-WBS-CKD

**ORDER**

Before this Court is the parties' Stipulation and [Proposed] Order to Continue the Trial Date and Modify the Scheduling Order. The Court, having reviewed the Stipulation, and with good cause appearing, hereby GRANTS the parties' Stipulation to Continue the Trial Date and Modify the Scheduling Order, and follows:

**Exchange of Expert Disclosures:** February 17, 2026.

**Exchange of Rebuttal Expert Disclosures:** March 16, 2026.

**Close of All Discovery:** April 13, 2026.

**Last Day to Hear Discovery Motions:** April 13, 2026.

**All Other Motions Filing Deadline:** June 8, 2026.

**File Plaintiff's Pretrial Conference Statement:** August 10, 2026.

**File Defendant's Pretrial Conference Statement:** August 17, 2026.

**Final Civil Pretrial Conference:** August 24, 2026, at 1:30 p.m.

**Jury Trial Date:** October 27, 2026, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  March 20, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

REED WILLIAMS
A PROFESSIONAL LAW CORPORATION
9343 TECH CENTER DRIVE, SUITE 165
SACRAMENTO, CALIFORNIA 95826

Amended Stipulation and  Order to Continue the Trial Date
and Modify the Scheduling Order
*Javance Henderson v. XPO, Inc., et al.*          Donald R. Williams, Jr., Esq.
Case No.: 2:23-cv-01560-WBS-CKD

**Agreed as to form:**

Date: March 19, 2025
/s/ Donald R. Williams, Jr.
Donald R. Williams, Jr., Esq.
Attorney for Plaintiff


March 19, 2025
/s/ John H. Adams
John H. Adams, Esq.
Attorney for Defendants

**Amended Stipulation and  Order to Continue the Trial Date
and Modify the Scheduling Order**
Javance Henderson v. XPO, Inc., et al.          Donald R. Williams, Jr., Esq.
Case No.: 2:23-cv-01560-WBS-CKD

REED WILLIAMS
A PROFESSIONAL LAW CORPORATION
9343 TECH CENTER DRIVE, SUITE 165
SACRAMENTO, CALIFORNIA 95826