Donald R. Williams, Jr., State Bar No. 303126
**REED WILLIAMS**
A PROFESSIONAL LAW CORPORATION
9343 Tech Center Drive, Suite 165
Sacramento, California 95826
Telephone: 916.281.9337
Email: donald@reedwilliamslaw.com

Attorney for Plaintiff
JAVANCE HENDERSON

John H. Adams, Jr., Bar No. 253341
**LITTLER MENDELSON, P.C.**
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828
jhadams@littler.com
chhall@littler.com

Attorney for Defendants
XPO, Inc.; XPO Logistics Freight, Inc.;
RXO, Inc.; RXO Last Mile, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAVANCE HENDERSON,**<br><br>     Plaintiff,<br><br>v.<br><br>**XPO, INC.; XPO LOGISTICS FREIGHT, INC.; RXO, INC.; RXO LAST MILE, INC.;** and **DOES 1 through 100,** inclusive,<br><br>     Defendants. | Case No.: 2:23-CV-01560-WBS-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE THE TRIAL DATE AND MODIFY THE SCHEDULING ORDER**<br><br>*Assigned to Honorable William B. Shubb for All Purposes; Courtroom 5* |

*IT IS HEREBY STIPULATED AND AGREED UPON* that all parties, by and between their respective counsel of record, agree good cause exists to continue the currently scheduled Trial and Final Pre

Stipulation and Order to Continue the Trial Date
and Modify the Scheduling Order
*Javance Henderson v. XPO, Inc., et al.*          Donald R. Williams, Jr., Esq.
Case No.: 2:23-cv-01560-WBS-CKD

REED WILLIAMS
A PROFESSIONAL LAW CORPORATION
9343 TECH CENTER DRIVE, SUITE 165
SACRAMENTO, CALIFORNIA 95826

REED WILLIAMS
A PROFESSIONAL LAW CORPORATION
9343 TECH CENTER DRIVE, SUITE 165
SACRAMENTO, CALIFORNIA 95826

Trial Conference, and modify the Scheduling Order (ECF No. 16). The parties submit this Stipulation in accordance with F.R.C.P. Rule 16(b)(4), Local Rules 143(a) and (b), and Honorable Shubb's Standing Orders.

Trial is currently scheduled for October 27, 2026, for five (5) to 15 days, and the Final Pre Trial Conference is currently scheduled for August 24, 2026.

The parties have met and conferred regarding this continuance and no party feels the requested continuance is being made for the purposes of unduly delaying litigation in this matter.

**A. Statement of Procedural Background and Discovery Completed:**

1. Plaintiff filed his Complaint on March 30, 2023, in Sacramento County Superior Court;

2. Plaintiff filed his First Amended Complaint on May 5, 2023;

3. Defendant XPO, Inc., was served on June 1, 2023;

4. Defendant XPO Logistics Freight, Inc., was served on June 6, 2023;

5. Defendants RXO, Inc., and RXO Last Mile, Inc., executed a Notice of Acknowledgement and Receipt on June 15, 2023;

6. On July 28, 2023, Defendants filed a Notice of Removal (ECF No. 1);

7. On August 1, 2023, Defendants filed their Notice to State Court of Removal of Civil Action to Federal Court;

8. On August 4, 2023, Defendants filed their Answer to Plaintiff's Complaint (ECF No. 7);

9. On December 4, 2023, the parties filed their Joint Status Report (ECF No. 12);

**Stipulation and Order to Continue the Trial Date**
**and Modify the Scheduling Order**

*Javance Henderson v. XPO, Inc., et al.*          Donald R. Williams, Jr., Esq.
Case No.: 2:23-cv-01560-WBS-CKD

REED WILLIAMS
A PROFESSIONAL LAW CORPORATION
9343 TECH CENTER DRIVE, SUITE 165
SACRAMENTO, CALIFORNIA 95826

///

10. On December 15, 2023, the Court issued its Pretrial Scheduling Order (ECF No. 13);

11. On January 22, 2024, the parties exchanged their Initial Disclosures; and

12. On February 5, 2025, Plaintiff served his first set of Interrogatories and Requests for Production of Documents on Defendants.

13. On May 16, 2025, Defendants responded to Plaintiff's first set of Interrogatories and Requests for Production of Documents.

14. On July 14, 2025, Plaintiff issued Defendants a meet and confer letter regarding Defendants' deficient discovery responses.

15. In September 2025, the Parties attempted to schedule a meet and confer telephone conference, however no telephone conference occurred.

16. On November 6, 2025, Defendants finally advised amended responses would be forthcoming.

17. After not hearing from Defendants, Plaintiff asked that amended responses be provided by December 8, 2025.

18. On December 9, 2025, the Parties finally conducted a telephonic meet and confer conference. Defendant advised amended responses would be provided by December 31, 2025.

19. To date, Defendant has not provided amended discovery responses.

**B. Statement of Discovery that Remains to be Completed.**

1. Defendants' amended response to Plaintiff's discovery;

**Stipulation and Order to Continue the Trial Date and Modify the Scheduling Order**

*Javance Henderson v. XPO, Inc., et al.*          Donald R. Williams, Jr., Esq.
Case No.: 2:23-cv-01560-WBS-CKD

2.    Defendants written discovery to Plaintiff;

3.    Depositions of all parties;

4.    Subpoena of records of any relevant providers to be identified in Plaintiff's response to any written discovery;

5.    Depositions of any treating physicians or percipient witnesses, if deemed necessary;

6.    Supplemental written discovery, if deemed necessary;

7.    Initial and rebuttal expert disclosures; and

8.    Expert depositions.

**C.  Reasons Why a Modification to the Scheduling Order Should be Granted.**

Fact discovery still needs to be completed by all parties and cannot be completed under the current Scheduling Order deadlines. Additionally, fact discovery needs to be completed prior to determining which experts need to be retained. Plaintiff cannot complete person(s) most knowledgeable depositions until Defendants issue amended discovery responses.

Further, after fact discovery is completed, the parties will then be afforded more time to explore potential resolution options, including, but not limited to, mediation.

A continuation of the Trial date and a modification to the Scheduling Order is not unduly prejudicial as to either party.

**D.  Parties Proposed Modification to the Scheduling Order and Proposed New Trial Date.** (The below is identified in the same order and subdivisions as denoted on the current Scheduling Order).

///

Stipulation and Order to Continue the Trial Date
and Modify the Scheduling Order

*Javance Henderson v. XPO, Inc., et al.*          Donald R. Williams, Jr., Esq.
Case No.: 2:23-cv-01560-WBS-CKD

REED WILLIAMS
A PROFESSIONAL LAW CORPORATION
9343 TECH CENTER DRIVE, SUITE 165
SACRAMENTO, CALIFORNIA 95826

///

IV. Discovery.

The parties request the date to disclose experts and produce reports be modified from February 17, 2026, to **November 20, 2026.** With regard to expert testimony intended solely for rebuttal, the parties request the date to disclosure experts and produce reports be modified from March 16, 2026, to **December 18, 2026.**

The parties request the date to complete all discovery, including depositions, motions to compel discovery, and discovery motions hearings, be modified from April 13, 2026, to **January 22, 2027.**

V. Motion Hearing Schedule.

The parties request the date to file all Motions, except motions for continuance, temporary restraining orders, or other emergency applications, be modified from June 8, 2026, to **February 26, 2027.**

VI. Final Pretrial Conference.

The parties request the Final Pretrial Conference be continued from August 24, 2026, at 1:30 p.m., to **June 14, 2027,** at 1:30 p.m.

VII. Trial Setting.

The parties request the Trial be continued from October 27, 2026, at 9:00 a.m., to **August 24, 2027,** at 9:00 a.m.

The parties submit the following table in an effort to easily identified the new dates being requested:

///

5

**Stipulation and Order to Continue the Trial Date**
**and Modify the Scheduling Order**

*Javance Henderson v. XPO, Inc., et al.*          Donald R. Williams, Jr., Esq.
Case No.: 2:23-cv-01560-WBS-CKD

///

| Name | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosures | February 17, 2026 | November 20 2026 |
| Rebuttal Expert Disclosures | March 16, 2026 | December 18, 2026 |
| Close of All Discovery | April 13, 2026 | January 22, 2027 |
| Last Day to Hear Motions to Compel re. Discovery | April 13, 2026 | January 22, 2027 |
| All Other Motions' Filing Deadline | June 8, 2026 | February 26, 2027 |
| Plaintiff's Deadline to File Pretrial Conference Statement | August 10, 2026 | May 28, 2027 |
| Defendant's Deadline to File Pretrial Conference Statement | August 17, 2026 | June 7, 2027 |
| Final Pretrial Conference | August 24, 2026 | June 14, 2027 |
| Trial | October 27, 2026 | August 24, 2027 |

**E.  Declaration of Conferring with Court's Calendar.**

Pursuant to Honorable Shubb's current Standing Orders, the parties hereby state they have confirmed all proposed dates with the courtroom deputy.

**REED WILLIAMS, APLC**
Date: January 15, 2026

By: */s/  Donald  R.  Williams, Jr.*
Donald R. Williams, Jr., Esq.
Attorney for Plaintiff
Javance Henderson

**LITTLER MENDELSON, P.C.**
Date: January 15, 2026

By: */s/ John H. Adams*
John H. Adams, Esq.
Attorney for Defendants
RXO Last Mile, Inc.; RXO, Inc.; XPO, Inc.; XPO Freight Logistics, Inc.

6

**Stipulation and Order to Continue the Trial Date
and Modify the Scheduling Order**
*Javance Henderson v. XPO, Inc., et al.*          Donald R. Williams, Jr., Esq.
Case No.: 2:23-cv-01560-WBS-CKD

REED WILLIAMS
A PROFESSIONAL LAW CORPORATION
9343 TECH CENTER DRIVE, SUITE 165
SACRAMENTO, CALIFORNIA 95826

**ORDER**

Before this Court is the parties' Stipulation and [Proposed] Order to Continue the Trial Date and Modify the Scheduling Order. The Court, having reviewed the Stipulation, and with good cause appearing, hereby GRANTS the parties' Stipulation to Continue the Trial Date and Modify the Scheduling Order, and follows:

**Exchange of Expert Disclosures**: November 20, 2026.

**Exchange of Rebuttal Expert Disclosures**: December 18, 2026.

**Close of All Discovery**: January 22, 2027.

**Last Day to Hear Discovery Motions**: January 22, 2027.

**All Other Motions Filing Deadline**: February 26, 2027.

**File Plaintiff's Pretrial Conference Statement**: May 28, 2027.

**File Defendant's Pretrial Conference Statement**: June 7, 2027.

**Final Civil Trial Conference**: June 14, 2027, at 1:30 p.m.

**Trial Date**: August 24, 2027, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:    January 15, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Agreed as to form:**

Date: January 15, 2026
/s/ Donald R. Williams, Jr.
Donald R. Williams, Jr., Esq.
Attorney for Plaintiff

January 15, 2026
/s/ John H. Adams
John H. Adams, Esq.
Attorney for Defendants

7

Stipulation and Order to Continue the Trial Date
and Modify the Scheduling Order
*Javance Henderson v. XPO, Inc., et al.*          Donald R. Williams, Jr., Esq.
Case No.: 2:23-cv-01560-WBS-CKD

REED WILLIAMS
A PROFESSIONAL LAW CORPORATION
9343 TECH CENTER DRIVE, SUITE 165
SACRAMENTO, CALIFORNIA 95826